UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JUAN VEGA,

                Plaintiff,

    -against-   **ORDER AND CIVIL JUDGMENT**

NEW YORK STATE DIVISION OF    10-CV-3820 (CBA)
PAROLE; P.O. BUBB,

                Defendants
-----------------------------------------------------------X
AMON, United States District Judge:

On July 30, 2010, plaintiff Juan Vega, incarcerated at the Otis Bantum Correctional Center on Rikers Island, filed this *pro se* action against defendants pursuant to 42 U.S.C. § 1983. By Memorandum and Order dated September 15, 2010, the Court granted plaintiff's request to proceed *in forma pauperis,* dismissed the complaint against the New York State Division of Parole, but allowed plaintiff to file an amended complaint as to defendant P.O. Bubb within 30 days. The Court also notified plaintiff that if he failed to file an amended complaint within the time allowed, judgment dismissing the complaint would be entered. More than 60 days have elapsed and plaintiff has not filed an amended complaint. Accordingly, it is

**ORDERED, ADJUDGED AND DECREED:** That the action is dismissed as set forth in the Court's Memorandum and Order dated September 15, 2010 pursuant to 28 U.S.C. § 1915A(b). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: Brooklyn, New York
       November 23, 2010

/Signed by Judge Amon/

Carol Bagley Amon
United States District Judge